JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 318 -- IN RE ARMORED CAR ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 8/16/77 | 1 | MOTION, BRIEF, EXHIBITS A,B,C,D,E,F,G,H,I,J,K -- WELLS FARGO ARMORED SERVICE CORP.-- w/cert. of service<br>Suggested Transferee District: N.D. Georgia<br>Suggested Transferee Judge: |
| 8/23/77 | | Movant's amended Schedule A to be inserted in original. |
| 8/26/77 | 2 | RESPONSE -- Brink's Incorporated w/cert. of service. |
| 8/26/77 | | APPEARANCE -- WELLS FARGO -- William E. Willis, Esquire<br>BRINKS -- Samuel W. Murphy, Jr., Esquire<br>RALEY'S -- Elwood S. Kendrick, Esquire<br>PHILADELPHIA ELECTRIC CO. -- Harold E. Kohn, Esquire<br>LDC, Inc. -- Richard Rappaport, Esquire<br>Food Fair Stores, -- Baxter L. DAvis. Esquire |
| 8/29/77 | 3 | RESPONSE -- L.D.C., Inc. & M. Roth & Sons w/cert. of svc. |
| 8/29/77 | 4 | RESPONSE -- Food Fair Stores, Inc. and J.M. Fields, Inc. w/cert. of svc. |
| 8/29/77 | 5 | RESPONSE -- Raley w/cert. of svc. |
| 9/6/77 | 6 | RESPONSE -- Philadelphia Electric Company w/cert. of svc. |
| 9/22/77 | 7 | RESPONSE -- Plaintiffs Hillman's, Inc., et al. w/cert. of svc. |
| 9/22/77 | | APPEARANCE -- ARTHUR J. GALLIGAN, ESQ. for Sunnydale Farms, Inc.<br>State of Connecticut, Commonwealth of Mass., Hillman's Inc., Lyric Opera of Chicago |
| 9/28/77 | 8 | Movants -- Wells Fargo Armored Service Corp.w/cert. of service to add --<br>B-1 Biscayne Bank v. Brink's Inc., et al.,N.D.GA., C.A.#C77-1363A<br>B-2 Liberty Coin Shop Inc. v. Brink's et al.,N.D.GA.,C.A.#C77-1412A<br>B-3 Weston L. Sampson, etc. v. Brink's Inc., et al.,E.D.PA., C.A.#77CIV2828<br>B-4 Sunshine Stores, Inc. v. Brink's Inc.,et al.,E.D.PA.,C.A.# 77CIV2986<br>B-5 The Peoples Gas Light and Coke Co., et al. v. Brink's Inc., et al., N.D.IL., C.A.#C77-3149 |
| 9/29/77 | | APPEARANCE -- ARNOLD LEVIN, ESQ. ~~XXXXXXXXXXXXXXXXXXXXXXXXX~~ WESTON L. SAMPSON |
| ~~10/4/77~~ | | ~~APPEARANCE -- ARNOLD LEVIN, ESQ. for Sampson Beverage Co.~~ |
| 10/4/77 | | APPEARANCE -- Bernard M. Gross, Esq. for Sunshine Stores, Inc. |
| 10/4/77 | | APPEARANCE -- Howard A. Specter, Esq. for Liberty Coin Shop, Inc. |
| 10/7/77 | | HEARING ORDER -- setting A-1 thru A-8 and B-1 thru B-5 for hearing, Oct. 28, 1977 in New York City. |
| 10/11/77 | | APPEARANCE -- JAY I. SOLOMON, ESQUIRE for Biscayne Bank, et al. |
| 10/11/77 | | APPEARANCE -- JOHN E. BURKE, ESQ. for Peoples Light & Coke Co. |
| 10/13/77 | 9 | RESPONSE -- Plaintiffs Biscayne Bank, et al. w/cert. of svc. |
| 10/17/77 | 10 | RESPONSE -- Plaintiffs Sampson, et al. w/cert. of svc. |
| 10/17/77 | 11 | RESPONSE -- Plaintiffs Sunshine Stores, Inc. w/cert. of svc. |
| 10/25/77 | 12 | AMENDED RESPONSE -- State of Connecticut, et al. w/cert. of svc. |
| 10/25/77 | 13 | SUPPLEMENTAL MEMORANDUM -- Plaintiff Philadelphia Electric Co. w/cert. of svc. |
| 10/25/77 | 14 | SUPPLEMENTAL MEMORANDUM -- Plaintiffs Food Fair Stores, Inc., et al. w/cert. of svc. |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2

DOCKET NO. 318 -- IN RE ARMORED CAR ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 10/27/77 | 15 | RESPONSE -- Plaintiff Librrty Coin Shop Inc. w/cert. of service |
| 10/27/77 | 16 | SUPPLEMENTAL MEMORANDUM -- Plaintiffs Sunshine stores, Inc et al. w/cert. of service |
| 10/28/77 | 17 | MEMORANDUM -- Plaintiffs Peoples Gas, Light & Coke Co. and North Shore Gas Co. w/cert. of svc. |
| 11/16/77 | | TRANSFER ORDER -- transferring A-4 thru A-8, B-3 thru B-5 to be consolidated with A-1, A-2, A-3, B-1, and B-2 for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. |
| 11/16/77 | | CONSENT OF TRANSFEREE COURT -- assigning Judge Richard C. Freeman in the Northern District of Georgia to handle litigation. |
| 2/21/78 | | C-1 Brazosport Bank of Texas, Freeport, Texas v. Brink's, Inc., etal. S. D. Texas, C.A.No. H-78-189 CTO filed today. Notified involved counsel and judges. (ea) |
| 3/9/78 | | C-1 Brazosport Bank of Texas, Freeport, Texas v. Brink's, Inc., etal., S.D.TEX., C.A.No. H-78-189 CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. (ea) |
| 7/6/78 | | C-2 State of Maryland v. Brinks, Incorporated, et al., D. MD., Civil Action No. N78-1094 CTO FILED TODAY. Notified involved counsel and Judges. (emh) |
| 7/24/78 | | NOTICE OF OPPOSITION -- Plaintiff State of Maryland C-2 St. of Maryland v. Brinks, Inc., et al., D. Md., N78-1094 (rew) Notified opposing counsel, and all counsel, involved judges |
| 8/8/78 | 18 | MOTION, MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- The State of Maryland w/cert. of svc. (ea) |
| 8/23/78 | 19 | JOINT RESPONSE -- Brinks, Inc. and Wells Fargo Armored Service Corp. -- w/cert. of service (cds) |
| 9/1/78 | | HEARING ORDER -- setting C-2 for hearing ~~in Miami, Fla.~~ on 9/29/78. IN Chicago, Ill. (ea) |
| 9/5/78 | 20 | REPLY -- State of Maryland -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 318 -- IN RE ARMORED CAR ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/19/78 | | OPINION AND ORDER -- transferring (C-2) State of Maryland v. Brinks, Inc., et al., D. Md., C.A.No. N78-1094 to the N.D. Georgia assigned to Judge Freeman for coordinated or or consolidated pretrial proceedings with actions already pending there, pursuant to 28 U.S.C. §1407.   (emh) |

DOCKET NO. __318__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ARMORED CAR ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) December 7, 1977

Consolidation Ordered November 16, 1977    Consolidation Denied _____

Opinion and/or Order    12/19/78  462 F Supp 394
Citation

Transferee District  Northern District of Georgia    Transferee Judge  Richard C. Freeman

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Food Fair Stores, Inc., et al. v. Brinks, Inc., et al. | N.D.Ga. Freeman | C77-1246A | | | | |
| A-2 | Raley's v. Brink's, Inc., et al. | N.D.Ga. Freeman | C77-1273A | | | | |
| A-3 | LDC, Inc. v. Brink's Inc., et al. | N.D.Ga. Freeman | C77-1294A | | | | |
| A-4 | Sunnydale Farms, Inc. v. Brink's Inc., et al. | S.D.N.Y. Ward | 77Civ 3517 | 11/16/77 | C77-1877A | | |
| A-5 | State of Connecticut v. Brink's Inc., et al. | S.D.N.Y. Ward | 77Civ 3689 | 11/16/77 | C77-1878A | | |
| A-6 | Philadelphia Electric Co. v. Brink's, Inc., et al. | E.D. Pa. Lord | 77-2642 | 11/16/77 | C77-1876A | | |
| A-7 | Commonwealth of Massachusetts v. Brink's Inc., et al. | S.D.N.Y. Ward | 77Civ 3516 | 11/16/77 | C77-1879A | | |
| A-8 | Hillman's Inc, et al. v. Brinks, Inc., et al. | S.D.N.Y. Ward | 77 Civ 3153 | 11/16/77 | C-77-1880A | | |
| B-1 | Biscayne Bank v. Brink's Inc., et al. | N.D.GA Freeman | C77-1363A | | | | |
| B-2 | Liberty Coin Shop, Inc. v. Brink's et al. | N.D.GA Freeman | C77-1412A | | | | |

DOCKET NO. **318** -- _____ -- P. _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 | Weston L. Sampson, T/A Sampson Beverage Co. v. Brink's Inc., et al. | E.D.PA Lord | 77CIV2828 | 11/16/77 | C77-1874A | | |
| B-4 | Sunshine Stores, Inc. v. Brink's Inc., et al. | E.D.PA Lord | 77CIV2986 | 11/16/77 | C77-1875A | | |
| B-5 | The Peoples Gas Light and Coke Co., et al. v. Brink's Inc., et al. | N.D.IL Marshall | C77-3149 | 11/16/77 | C77-1881A | | |
| XYZ-1 | The State of Illinois v. Brink's Inc., et al. | N.D.GA. | C77-1733A | | | | |
| XYZ-2 | The State of Missouri v. Brink's, Inc., et al. | N.D.GA. | C77-2020A | | | | |
| C-1 | Brazosport Bank of Texas, Freeport, Texas v. Brink's, Inc., et al. 2/21/78 | S.D.Tex Bue | H-78-189 | 3/9/78 | C78-422A | | |

July 1978 — 97R / 7 XYZ — 16 P/y

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C-2 | State of Maryland v. Brinks, Incorp., et al. 7/6/78 | D. MD. Northrop | N78-1094 | 12/19/78 | C79-133A | 5/2/79 | |

July 1980 — Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 318 -- IN RE ARMORED CAR ANTITRUST LITIGATION

---

WELLS FARGO ARMORED
SERVICE CORPORATION
William E. Willis, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York   10004

BRINK'S INCORPORATED
Samuel W. Murphy, Jr., Esquire
Donovan, Leisure, Newton
  & Irvine
30 Rockefeller Plaza
New York, New York   10020

LDC's INC. (A-3)
FOOD FAIR STORES, INC. (A-1)
Baxter L. Davis, Esquire
Davis, Matthews & Quigley
1415 Lenox Towers II
3400 Peachtree Road, N.E.
Atlanta, Georgia   30326

SUNNYDALE FARMS, INC. (A-4)
STATE OF CONNECTICUT   (A-5)
COMMONWEALTH OF MASSACHUSETTS   (A-7)
HILLMAN'S INC.(A-8)
Arthur J. Galligan, Esquire
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, D. C.   20037

Philadelphia electric compan
PHILADELPHIA ELECTRIC COMPANY
Harold E. Kohn, Esquire
Kohn, Savett, Marion & Graf
1214 IVB Building
1700 Market Street
Philadelphia, Penna.   19103

PUROLATOR, INC.
Cahill, Gordon & Reindel
80 Pine Street
New York, New York   10005

BISCAYNE BANK, ET AL. (B-1)
H. Laddie Montague, Jr., Esquire
Berger & Montague
1622 Locust Street
Philadelphia, Pa.   19103

LIBERTY COIN SHOP, INC. (B-2)
Howard A. Specter, Esquire
Michael D. Buchwach, Esquire
Litman, Litman, Harris &
  Specter
1701 Grant Building
Pittsburgh, Pa.   15219

WESTON L. SAMPSON, ET AL. (B-3)
Arnold Levin, Esquire
Adler, Barish, Daniels, Levin
  & Creskoff
2nd Floor, Rohm & Haas Bldg.
Sixth and Market Streets
Philadelphia, Pa.   19106

SUNSHINE STORES, INC. (B-4)
Bernard M. Gross, Esquire
Warren Rubin, Esquire
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Penna.   19103

THE PEOPLES GAS LIGHT AND COKE CO.
ET AL. (B-5)
John E. Burke, Esquire
Richard J. Rappaport, Esquire
Ross, Hardies, O'Keefe,
  Babcock & Parsons
One IBM Plaza, Suite 3100
Chicago, Illinois   60611

RALEY'S (A-2)
Elwood S. Kendrick, Esquire
Kendrick, Netter & Bennett
612 South Flower Street
Suite 1200
Los Angeles, Calif.   90017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 318 -- IN RE ARMORED CAR ANTITRUST LITIGATION

| | |
|---|---|
| BRAZOSPORT BANK OF TEXAS, FREEPORT, TEXAS (C-1)<br>Stephen D. Sussman, Esquire<br>Terrell W. Oxford, Esquire<br>Mandell & Wright<br>806 Main Street, 21st Floor<br>Houston, Texas 77002<br><br>~~Charles Kipple, Esquire~~<br>~~Saccomanno, Clegg, Martin~~<br>~~& Kipple~~<br>~~Suite 600, 2 Houston Center~~<br>~~Houston, Texas 77002~~<br><br>STATE OF MARYLAND (C-2)<br>Timothy J. Shearer, Esquire<br>Assistant Attorney General<br>One South Calvert Street<br>11th Floor<br>Baltimore, Maryland 21202 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Burks, Inc. | A-1 — A-8  C-1, C-2 |
| Wells Fargo | A-1 — A-8  C-1, C-2 |
| Purolator, Inc. | A-1, A-2, A-3, A-6  C-1 |