DOCKET NO. 318

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ARMORED CAR ANTITRUST LITIGATION

TRANSFER ORDER

    The Panel having ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their transfer to the Northern District of Georgia under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

    IT IS ORDERED that, pursuant to Section 1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Georgia be, and the same hereby are, transferred to the Northern District of Georgia and, with the consent of that court, assigned to the Honorable Richard C. Freeman for coordinated or consolidated pretrial proceedings with the actions already pending there and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

Attachment

SCHEDULE A

DOCKET NO. 318

### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Weston L. Sampson T/A Sampson Beverage Co. v. Brink's Inc., et al. | Civil Action No. 77-2828 |
| Sunshine Stores, Inc. v. Brink's Inc., et al. | Civil Action No. 77-2986 |
| Philadelphia Electric Co. v. Brink's Inc., et al. | Civil Action No. 77-2642 |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sunnydale Farms, Inc. v. Brink's Inc., et al. | Civil Action No. 77 Civ. 3517 |
| State of Connecticut v. Brink's Inc., et al. | Civil Action No. 77 Civ. 3689 |
| Commonwealth of Massachusetts v. Brink's Inc., et al. | Civil Action No. 77 Civ. 3516 |
| Hillman's Inc., et al. v. Brink's Inc., et al. | Civil Action No. 77 Civ. 3153 |

### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The Peoples Gas Light and Coke Co., et al. v. Brink's Inc., et al. | Civil Action No. 77C3149 |

### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Food Fair Stores, Inc., et al. v. Brink's Inc., et al. | Civil Action No. C77-1246A |
| Raley's Inc. v. Brink's Inc., et al. | Civil Action No. C77-1273A |
| LDC, Inc., et al. v. Brink's Inc., et al. | Civil Action No. C77-1294A |
| Biscayne Bank, et al. v. Brink's Inc., et al. | Civil Action No. C77-1363A |
| Liberty Coin Shop, Inc. v. Brink's Inc., et al. | Civil Action No. C77-1412A |